**The Honorable Michelle L. Peterson**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ODIN MAXWELL and NORIKO TOBARI, a marital community,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE,<br><br>　　　　　　Defendant. | NO. 2:20-cv-01874-MLP<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>**Note on Motion Calendar:**<br>**May 6, 2021** |

　　　The parties to this action hereby stipulate and move, through their designated counsel, that the above-captioned action be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41, each party to bear their own costs.

| | |
|---|---|
| DATED this 6th day of May 2021.<br>BETTS, PATTERSON & MINES, P.S.<br><br>By: _/s Joseph D. Hampton_<br>　　Joseph D. Hampton, WSBA #15297<br>Betts, Patterson & Mines, P.S.<br>701 Pike Street, Suite 1400<br>Seattle WA  98101-3927<br>Telephone:　(206) 292-9988<br>E mail:　　jhampton@bpmlaw.com<br><br>Attorneys for Defendant State Farm Mutual Automobile Insurance Company | DATED this 6th day of May 2021.<br>LAW OFFICE OF TOM SEGUINE<br><br>By: _/s Thomas E. Sequine_  *(per email authority)*<br>　　Thomas E. Seguine, WSBA #17507<br>Law Office of Tom Seguine<br>1023 S. 3rd Street<br>Mount Vernon, WA  98273-4301<br>Telephone:　(360) 755-1000<br>E-mail:　　northcascadeslegal@gmail.com<br><br>Attorney for Plaintiffs Maxwell and Tobari |

STIPULATED MOTION AND **PROPOSED** ORDER OF DISMISSAL – NO. 2:20-cv-01874-TSZ　　- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1749752.doc/050621 1109/8544-0052

# ORDER

THIS MATTER having come before the Court and the Court having considered the Stipulation of the parties, and deeming itself otherwise fully advised in the premises, now, therefore, it is hereby

ORDER, ADJUDGED and DECREED that any and all claims by plaintiffs Odin Maxwell and Noriko Tobari against defendant State Farm Mutual Automobile Insurance Company are hereby dismissed with prejudice and without costs.

DATED this 6th day of May, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

BETTS, PATTERSON & MINES, P.S.

By: /s Joseph D. Hampton
    Joseph D. Hampton, WSBA #15297
Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle WA 98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
E mail: jhampton@bpmlaw.com
Attorneys for Defendant State Farm Mutual Automobile Insurance Company

STIPULATED MOTION AND
**PROPOSED** ORDER OF DISMISSAL – - 2 -
NO. 2:20-cv-01874-TSZ

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1749752.doc/050621 1109/8544-0052

1 | LAW OFFICE OF TOM SEGUINE
2 |
3 | By: /s Thomas E. Sequine *(per email authority)*
        Thomas E. Seguine, WSBA #17507
4 | Law Office of Tom Seguine
    1023 S. 3rd Street
5 | Mount Vernon, WA  98273-4301
    Telephone:  (360) 755-1000
6 | E-mail:  northcascadeslegal@gmail.com
    Attorney for Plaintiffs Maxwell and Tobari

STIPULATED MOTION AND
**PROPOSED** ORDER OF DISMISSAL – NO. 2:20-cv-01874-TSZ    - 3 -

1749752.doc/050621 1109/8544-0052

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988